DISMISS; Opinion filed September 27, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-00-01592-CV

### KANEB PIPE LINE OPERATING PARTNERSHIP, L.P. AND SUPPORT TERMINAL SERVICES, INC., Appellants

### V.

### GRACE ENERGY CORPORATION, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 97-05135**

## MEMORANDUM OPINION

Before Justices FitzGerald, Murphy, and Fillmore
Opinion By Justice FitzGerald

By order dated May 7, 2001, this Court abated the appeal because appellee filed a bankruptcy petition. Before the Court are the parties' joint motion to reinstate the appeal, joint motion to vacate the trial court's judgment consistent with the parties' agreement, and joint motion for immediate issuance of the mandate.

We **REINSTATE** the appeal. We grant the parties' joint motion to vacate the trial court's judgment. We vacate the trial court's amended final judgment signed on August 30, 2000 and dismiss the case. We **DIRECT** the Clerk of this Court to issue the mandate forthwith.

KERRY P. FITZGERALD
JUSTICE

001592F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

KANEB PIPE LINE OPERATING PARTNERSHIP, L.P. AND SUPPORT TERMINAL SERVICES, INC., Appellants

No. 05-00-01592-CV      V.

GRACE ENERGY CORPORATION, Appellee

Appeal from the 191st Judicial District Court of Dallas County, Texas. (Tr.Ct.No. 97-05135).

Opinion delivered by Justice FitzGerald, Justices Murphy and Fillmore, participating.

Based on the Court's opinion of this date, the August 30, 2000 amended judgment of the trial court is **VACATED** and the case is **DISMISSED**.

It is **ORDERED** that the parties' bear their own costs of the appeal.

Judgment entered September 27, 2012.

KERRY P. FITZGERALD
JUSTICE